THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
United States Attorney's Office
    U. S. Courthouse, Suite 8000
    411 West Fourth Street
    Santa Ana, California  92701
    Telephone:  (714) 338-3591
    Facsimile:  (714) 338-3561
    E-Mail:     Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

JUL - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CV 05-2233-SVW (CTx) |
| Plaintiff, | [PROPOSED] |
| v. | CONSENT JUDGMENT |
| REAL PROPERTY LOCATED AT 18945 EVENING BREEZE CIRCLE, HUNTINGTON BEACH, CALIFORNIA, | |
| Defendant. | |
| PHU TAN LUONG and HOANG LUONG, | |
| Claimants. | |

/ / /

/ / /

On March 25, 2005, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture alleging that the defendant real property located at 18945 Evening Breeze Circle, Huntington Beach, California[1] (the "defendant real property") was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimant Phu Tan Luong and claimant Hoang Luong (collectively "claimants") filed a Statement of Interest on March 29, 2005. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimants have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

/ / /

---

[1]   The legal description of the defendant real property (Assessor's Parcel No. 110-513-14) is described as: A.)  Parcel 1:  Lot 54 of Tract No. 14355, as shown on a map recorded in book 770, pages 27 to 39 inclusive of miscellaneous maps, records of Orange County, California; and B.)  Parcel 2:  Non-exclusive easements appurtenant to Parcel 1 above, for access, ingress, egress, use and enjoyment over the common area described in the declaration of covenants, conditions and restrictions and reservation of easements for the Bluffs Community Association re-recorded February 18, 1999 as instrument No. 19990116230 official records of Orange County, California.

-2-

3.   Notice of this action has been given as required by law. Claimants filed the only claims.   Claimants are relieved of their duty to file answers in this action.   The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   Claimants agree to forfeiture, and a judgment of forfeiture is hereby entered in favor of the United States. Satisfaction of the judgment shall be made by one of the following means:

(A)   The defendant real property shall be sold to Charles Manh and Ann Manh, as husband and wife, for the sum of $3,300,000.

(1)   The escrow for the sale of the defendant real property shall be administered by Advantage One Escrow, at 173330 Brookhurst Street, Suite 195, Fountain Valley, California 92708.   A copy of this Consent Judgment shall be included as part of the escrow instructions in connection with the sale of the defendant real property. Before the closing of escrow, the escrow company shall provide the government with a certified copy of the escrow instructions showing that this Consent Judgment has been incorporated into those instructions. Thereafter, the government shall submit an original withdrawal of lis pendens into escrow, which shall be recorded only in connection with the closing of escrow and the payment called for herein.

/ / /

/ / /

(2)   Upon the sale of the defendant real property, the gross proceeds[2] of the sale shall be distributed as follows:

(a)   First, to the payment of all outstanding real property taxes to the applicable County Assessor and Tax Collector;

(b)   Second, all unpaid principal and interest due to lien holders Washington Mutual Bank and Greenpoint Mortgage;

(c)   Third, the remaining funds (the "net proceeds"[3]) from the sale of the defendant real property shall be paid to the government as substitute *res* for the defendant real property, which shall be condemned and forfeited to the United States in accordance with law.  Payment shall be made in the form of a cashier's check payable to the United States Treasury Department. The cashier's check shall be delivered to Assistant United States Attorney Frank D. Kortum at United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701; *or*

---

[2]   "Gross proceeds," as used herein, shall mean the funds remaining after deduction of all costs of escrow, including a 7% commission paid to Star Real Estate (located at 19021 Beach Blvd., Huntington Beach, California 92648) for the services of listing agent Lori Chairez, as well as applicable fees triggered by the sale of the defendant real property.

[3]   "Net proceeds," as used herein, shall mean the gross proceeds of sale less payment of any outstanding property taxes and/or any valid liens.

-4-

1         (B)   If claimants fail to sell the defendant real

2   property within sixty calendar days of the entry of judgment,

3   the defendant real property shall be condemned and forfeited

4   to the United States, and no other right, title, or interest

5   shall exist therein.

6         (1)   The Recorder of the County of Orange shall

7   index this judgment in the grantor index under the names

8   of Phu Tan Luong and Hoang Luong and in the grantee

9   index under the name of the United States of America.

10        (2)   Title having vested in plaintiff United States

11  of America, the government shall proceed to dispose of

12  the defendant real property in accordance with the law.

13  Upon disposition of the defendant real property, and

14  following deduction of costs incurred by the United

15  States Marshals Service, payment of unpaid real property

16  taxes assessed against the defendant property up to the

17  date of entry of Judgment of Forfeiture, and payment to

18  any valid lien holder, the remaining proceeds generated

19  by the disposition of the defendant property shall be

20  deposited in accordance with the law.

21     5.   Claimants will execute further documents, to the extent

22  necessary, to convey clear title to the defendant real property

23  and to further implement the terms of this Consent Judgment.

24     6.   Claimants waive the redacting and sealing requirements

25  of L.R. 79-5.4.

26     7.   Claimants hereby release the United States of America,

27  its agencies, officers, and employees, including employees of the

28  Federal Bureau of Investigation, and local law enforcement

1   agencies, their agents, officers, and employees, from any and all

2   claims, actions, or liabilities arising out of or related to this

3   action, including, without limitation, any claim for attorneys'

4   fees, costs, or interest on behalf of claimants, whether pursuant

5   to 28 U.S.C. § 2465 or otherwise.

6        8.    The Court finds that there was reasonable cause for the

7   institution of these proceedings against the defendant real

8   property.   This judgment shall be construed as a certificate of

9   reasonable cause pursuant to 28 U.S.C. § 2465.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   / / /

26   / / /

27   / / /

28   / / /

9.   The Court further finds that claimants did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: July 2, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

CONSENT

The government and claimants consent to judgment and waive any right to appeal.

DATED: May 14, 2008                THOMAS P. O'BRIEN
                                   United States Attorney
                                   CHRISTINE C. EWELL
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section

                                   _____
                                   FRANK D. KORTUM
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   United States of America

DATED: May ___, 2008               STANLEY I. GREENBERG
                                   A Law Corporation


                                   _____
                                   STANLEY I. GREENBERG

                                   Attorney for Claimant
                                   Phu Tan Luong

DATED: May ___, 2008


                                   _____
                                   HOANG LUONG, Claimant


-7-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____Orange_____ }

On __May 19, 2008__ before me, __* Margo E. Valance , notary public *__,
Date                                    Here Insert Name and Title of the Officer

personally appeared __* Alexander Luong *__
Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public
Margo E. Valance

**MARGO E. VALANCE**
COMM. # 1536665
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
COMM. EXP. DEC. 19, 2008

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____* Consent Judgment *_____

Document Date: __May 14, 2008__          Number of Pages: __7__

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: __Alexander Luong__
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827